STATE OF MONTANA EX REL. STATE BOARD OF EQUAL-
IZATION OF THE STATE OF MONTANA, AND JOHN C. ALLEY,
J. MORLEY COOPER AND HOWARD H. LORD, AS MEM-
BERS OF AND CONSTITUTING SAID BOARD, RELATORS, v. THE DIS-
TRICT COURT OF THE STATE OF MONTANA, IN AND FOR THE
COUNTY OF LEWIS AND CLARK, RESPONDENT.

No. 11152.
Decided May 17, 1966.
415 P.2d 62.

William A. Douglas, Helena, for Board of Equalization.

Order:

The application for Writ of Supervisory Control or other
appropriate writ is hereby denied.

STATE OF MONTANA UPON THE RELATION OF OLD REPUB-
LIC LIFE INSURANCE COMPANY, A CORPORATION, RE-
LATOR, v. DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF
LEWIS AND CLARK, AND THE HONORABLE NAT AL-
LEN, DISTRICT JUDGE THEREOF, RESPONDENTS.

No. 11155.
Decided June 13, 1966.
415 P.2d 62.

Charles A. Smith III, and Conrad Fredricks, Helena, for
relator.

Order:

Original proceeding. Petition for Writ of Supervisory Con-
trol or other Appropriate Relief filed by Relator.

The writ requested is denied and the proceeding is ordered
dismissed.